# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MARIUS ANDRE POPE,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:25-cr-00014-TES-CHW-1 |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Marius Andre Pope's Unopposed Motion to Continue Trial in the Interest of Justice [Doc. 20]. On June 10, 2025, the Grand Jury returned a two-count Indictment [Doc. 1] charging Defendant with receipt of child pornography, in violation of 18 U.S.C. §§ 2252(a)(2)(A) and (b)(1), and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a)(5)(B) and (b)(2). Defendant was arrested on July 2, 2025, pleaded "not guilty" at his arraignment the same day, and was released on an unsecured bond pending trial. [Doc. 10]; [Doc. 11]; [Doc. 12]; [Doc. 13]. On June 3, 2025, the Court issued a Notice setting Defendant's Pretrial Conference for August 4, 2025, and Defendant filed this Motion seeking a continuance. [Doc. 16]; [Doc. 20].

Defense counsel explains that the Government has not yet provided discovery, which is not due until August 1, 2025. [*Id.* at pp. 1–2]. Once defense counsel receives

discovery, she will require additional time to organize and review it, confer with Defendant, and begin defense investigations. [*Id.* at p. 2]. The Government does not oppose the requested continuance. [*Id.*].

The Court finds that granting Defendant's request serves the ends of justice. *See* 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by granting the requested continuance outweigh the interests of Defendant and the public in a speedy trial. *See id.* Failure to grant this continuance would deny defense counsel "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." *Id.* § 3161(h)(7)(B)(iv).

Accordingly, the Court **GRANTS** Defendant Pope's Motion [Doc. 20], **CONTINUES** the Pretrial Conference until **September 3, 2025**, and **CONTINUES** the trial of this matter until **October 20, 2025**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**SO ORDERED**, this 8th day of July, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
